

Search Type: Phone
Reference:

(201) 932-3837
1 record aggregated.
Source: Reverse Phone Gateway Detail
Name: DAVENPORT ERNES
Phone: (201) 932-3837
Line Status: Unknown Line Type
Ported: N

**Operating Company**
Name: Omnipoint Communications, Inc. - NJ
Affiliated To: T-Mobile
Phone: (973) 292-8911
Fax: (973) 292-8697

**Operating Company Contact**
Contact Name: T-Mobile Law Enforcement Relations Group
Contact Email: ler2@t-mobile.com

Contact Address:
4 Sylvan Way
Parsippany, NJ 7054

Expand the result group to view more detailed information from this source





CLEAR-0001



Search Type: Phone
Reference:

(631) 363-7169
3 records aggregated.
Source: Reverse Phone Gateway Detail

**Most Current Information**
Name: NEW YORK
Phone: (631) 363-7169
Line Status: Active Landline
Ported: N

**Operating Company**
Name: Verizon New York, Inc.
Affiliated To: Verizon
Phone: (888) 483-2600
Fax: (325) 949-6916

**Operating Company Contact**
Contact Name: Verizon Legal Compliance

Contact Address:
PO Box 1001, MS TXD01613
San Angelo, TX 76902

**Historical Information**
Name: Pitts, Dorothy J
Data Source: Consumer Bureau 1
Line Status: Active Landline
Listing Type: Residential Listing
Non-Published: N

Address Type: Street(usually one side a one city block)



Address
35 Davis Ave
Blue Point, NY 11715



**Operating Company**
Name: Verizon New York, Inc. - NY
Affiliated To: Verizon
Phone: (888) 483-2600
Fax: (325) 949-6916

**Operating Company Contact**
Contact Name: Verizon Legal Compliance

Contact Address:
PO Box 1001, MS TXD01613
San Angelo, TX 76902

CLEAR-0002

Page 1 of 1

Search Type: Phone
Reference:



(631) 363-7169
3 records aggregated.
Source: TransUnion Detail

Name: DAVENPORT, ERNEST J
Name First Reported: 12/01/1977
SSN: 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
DOB: 04/26/1915
Phone: (631) 363-7169

Address/Phone
35 DAVIS AV              Reported
BLUE POINT, NY 11715-1608    01/23/2003

Phone: (631) 363-7169

6720 J LN               01/23/2003
FLUSHING, NY 11351



CLEAR-0003